Exhibit 2 (5 pages)
SPD Ver 2020



# About Your Benefits: Post-Employment

## SUMMARY PLAN DESCRIPTION

112

Effective Date: January 1, 2020

# Introduction

IBM has established a Health Reimbursement Arrangement ("HRA") for the benefit of certain of its Medicare-eligible retirees who are eligible for subsidized coverage under the Plan, and who enroll in individual medical or prescription drug insurance coverage through the Via Benefits Medicare marketplace. The purpose of the HRA is to reimburse Medicare-eligible retirees for eligible substantiated expenses, such as premiums for coverage, out-of-pocket expenses (i.e., deductibles, copays and coinsurance), and certain eligible health care expenses, which are not otherwise reimbursed. The HRA is intended to qualify as a self-insured medical reimbursement plan for purposes of Sections 105 and 106 of the Internal Revenue Code, as amended ("Code"), as well as a health reimbursement arrangement as defined in IRS Notice 2002-45.

# Eligibility for an HRA

### RETIREES ELIGIBLE FOR AN HRA
You are eligible for an HRA if you are either:

- A Medicare-eligible retiree (or are receiving benefits under the IBM Medical Disability Income Plan (MDIP) or IBM Long-Term Disability (LTD) Plan) or

- A Medicare-eligible surviving spouse/dependent

and are eligible for subsidized coverage under the Plan.

In either case, you must enroll in individual medical or prescription drug insurance coverage* through the Via Benefits Medicare marketplace. (To enroll in coverage through Via Benefits, you must be enrolled in Medicare Part A and Part B.)

You are a retiree eligible for a subsidy under the Plan if:

- You retired from IBM prior to July 1, 1999, and, on your last day of employment, you met the following retirement criteria:
    - Completed 30 or more years of IBM service regardless of your age
    - Completed at least 15 years of IBM service and were at least age 55

- Or, as of June 30, 1999, you were within 5 years of meeting any of the following retirement criteria:
    - Completing 30 or more years of IBM service regardless of your age
    - Completing 15 years of IBM service and reaching at least age 55
    - Completing 5 years of IBM service and reaching at least age 62 or
    - Completing at least 1 year of IBM service and reaching at least age 65 and
    - You retired from IBM and, on your last day of employment, you had completed 30 or more years of service regardless of your age, or you had completed at least 15 years of service and reached at least age 55

---

\* Individual medical or prescription drug insurance coverage is defined as a Medicare Advantage plan, a Medicare Supplement plan (also known as a Medigap plan) and/or a Medicare Part D plan.

Case 5:23-cv-00656-D-KS   Document 1-2   Filed 11/16/23   Page 2 of 5

- You retired from IBM and, on your last day of employment, you were withdrawal-eligible under the IBM Future Health Account (FHA) or
- You are receiving benefits under the IBM Medical Disability Income Plan (MDIP) or IBM Long-Term Disability (LTD) Plan.

You are a surviving spouse/dependent eligible for a subsidy under the Plan if:

- You were a surviving spouse/dependent eligible for an IBM subsidy as of December 31, 2013
- You were not a surviving spouse/dependent eligible for an IBM subsidy as of December 31, 2013, but:
  - You are a surviving spouse/dependent of a retiree who retired from IBM meeting the retirement criteria listed above (other than a retiree who is withdrawal-eligible under the IBM FHA or is an individual receiving MDIP or LTD Plan benefits) and the retiree elected survivor coverage
  - You are the surviving spouse/dependent of a retiree who retired from IBM who is withdrawal-eligible under the FHA.

### Special Considerations

The requirement to enroll in individual medical or prescription drug insurance coverage* through the Via Benefits Medicare marketplace does not apply if:

- Your coverage under the Plan ends because you're Medicare-eligible (either on December 31, 2013 or the later date that you become Medicare-eligible) and at that time you're enrolled in a Kaiser Permanente plan option under the Plan and you then enroll in individual Kaiser medical or prescription drug insurance coverage
- You are a Medicare-eligible retiree living outside of the United States or in a United States Territory and you are eligible for a subsidy towards the cost of your Plan coverage
- You are a U.S. Veteran as well as a Medicare-eligible retiree who is enrolled in health coverage through TRICARE for Life or eligible to obtain services from the Veterans Administration (VA)

In these circumstances, you will still need to contact Via Benefits to activate your HRA.

### When You Will Cease Being Eligible for the HRA

You will cease being eligible for the HRA on the earlier of:

- The date you are no longer eligible for benefits under the MDIP or LTD Plan (unless on that da you are otherwise eligible as a retiree)
- The date you are rehired by IBM or any subsidiary of IBM as an active employee (regular or supplemental) and for the duration of your active employment
- The date you cease to be eligible for Medicare (unless your loss of eligibility is due to your livi outside of the United States)
- Your date of death
- The date you are no longer enrolled in individual medical or prescription drug insurance coverage through the Via Benefits Medicare marketplace (unless you live outside of the Unite States, are enrolled in a Kaiser plan or are enrolled in TRICARE for Life or eligible to obtain services from the VA
- The effective date of any amendment terminating your eligibility or
- The date the HRA is terminated.

You may not obtain reimbursement of any eligible expenses incurred after the date your eligibility ceases. Similarly, you may not obtain reimbursement of any eligible expenses incurred prior to the effective date of coverage under the Via Benefits Medicare marketplace.

## DEPENDENT EXPENSES ELIGIBLE FOR REIMBURSEMENT FROM THE HRA

Your dependents' eligible expenses can be reimbursed through your HRA.

An eligible dependent is anyone you claim as a dependent on your federal tax return, including: your spouse (regardless of sex); your same-sex domestic partner; your dependent children.

### When Dependent Expenses Will Cease Being Eligible for Reimbursement from the HRA

Your eligible dependents' expenses will cease being eligible for reimbursement under the HRA on the earlier of:

- The date your dependent(s) ceases to be an eligible dependent for any reason
- The date you and your spouse divorce
- The last day of the year of your death, if you have not elected to provide survivor coverage, as described in the "Using Your HRA" section in this document
- The effective date of any amendment terminating your dependent(s) eligibility under the HRA
- The date the HRA is terminated
- The date HRA funds are exhausted.

You may submit an eligible expense for reimbursement if it meets the following criteria:

- The expense incurred was for services or supplies received by you or your eligible dependents under the plan on or after its effective date
- The expense has not been reimbursed in any other way from any other source and will not be submitted for future reimbursement
- The expense does not include any amounts that are otherwise payable by plans for which you or your dependents are eligible
- The expense has not been previously tax-advantaged through another source (for example, if you received a premium subsidy for coverage obtained from a public exchange under the Affordable Care Act, the subsidy is not eligible for reimbursement under the HRA).

You are responsible for submitting claims in compliance with these criteria. Claim decisions will be made in accordance with the provisions of the plan. Health care reimbursements are not eligible deductions or credits on your individual tax return.

Your dependent(s) may not obtain reimbursement of any eligible medical expenses incurred after the date their eligibility ceases. Similarly, you may not obtain reimbursement of any eligible expenses incurred prior to the effective date of coverage with Via Benefits Accounts.

## CONTINUATION OF COVERAGE FROM THE HRA

The HRA is subject to the Consolidated Omnibus Budget Reconciliation Act (COBRA). Eligible participants who experience a COBRA qualifying event will be offered the opportunity to continue their HRA as a COBRA participant at the full COBRA rate. In most cases, the rate will be based on the date of the qualifying event. Qualifying events include for example, the death of a retiree who elected no survivor coverage; a qualifying event will be considered to have occurred when the eligible surviving dependent no longer has access to the deceased retiree's HRA.

### RETIREES NOT ELIGIBLE FOR THE HRA

You are not eligible to receive an HRA if any of the following applies:

- You terminated employment with IBM eligible for Access-Only coverage
- You terminated employment with IBM eligible for the Special Retiree Medical Option (SRMO)
- You do not enroll in medical or prescription drug insurance coverage through the Via Benefits Medicare marketplace (unless you live outside of the United States, are enrolled in a Kaiser plan, or are enrolled in TRICARE or eligible to receive services through the VA)

You are not eligible to participate in the Plan unless you are classified by IBM as a former employee or an employee on the Medical Disability Income Plan (MDIP) or the IBM Long-Term Disability (LTD) Plan who satisfies the eligibility requirements, even if you are later determined by a court or governmental agency to be or to have been a former common law employee of IBM.

# Using Your HRA

Once you become eligible for an HRA (as defined in the Eligibility see the section "Eligibility for an HRA" in this document), Via Benefits Accounts will set up your individual HRA. Medicare-eligible retirees and their Medicare-eligible dependents will share the HRA, which will be established in the retiree's name.

Note that the HRA is a "notional" account that's tracked for record-keeping purposes only. There are no actual funds held in your name, and the account is not portable. When the time comes to pay benefits on your behalf, the money comes out of the Plan Trust or IBM's operating funds.

### IBM'S CONTRIBUTION TO THE HRA

**For participants eligible for an HRA (but not eligible for an FHA)**
The first day of each plan year, a fixed dollar allocation will be made to your HRA. The amount of your HRA contribution will vary based on your eligibility (and in some cases whether you elect survivor coverage or no survivor coverage, see the section, "Using Your HRA" in this document):

- Those who retired on or before December 31, 1991
- Those who retired on or after January 1, 1992
- Those receiving benefits under the IBM Medical Disability Income Plan (MDIP) or IBM Long-Term Disability (LTD) Plan and
- Surviving spouse/dependent(s) of the retirees listed above.

The amount of the contribution to your HRA is determined each plan year in IBM's sole discretion as sponsor of the Plan. You will receive a Balance Statement from Via Benefits Accounts each January reflecting the amount of the contribution to your HRA for the upcoming plan year. You can also call Via Benefits Accounts directly at 855-359-7380 (TTY: 711), or visit www.My.ViaBenefits.com/IBM to learn the amount of the contribution to your HRA.

Your HRA will be reduced by the amount of any eligible medical expenses for which you are reimbursed from the HRA during the plan year. At any time, you may receive reimbursement for eligible substantiated expenses up to the amount in your HRA account. *Note: you are not permitted to make any contributions to your HRA account.*

Any balance in your HRA at the end of the plan year will be forfeited.