Exhibit 3 (5 pages)
SPD Version 2023



# About Your Benefits: Post-Employment

## SUMMARY PLAN DESCRIPTION

112

Effective Date: January 1, 2023

# Introduction

IBM provides a subsidy to certain participants in this Plan. The subsidy may be in the form of an offset to, or reduction in, the premium a participant has to pay for coverage or a Health Reimbursement Arrangement ("HRA") for the benefit of certain of its Medicare-eligible retirees who are eligible for subsidized coverage under the Plan, and who enroll in IBM-sponsored Group Medicare Advantage Plan options. The purpose of the HRA is to subsidize the cost of medical coverage in retirement or otherwise reimburse Medicare-eligible retirees for eligible substantiated expenses, such as premiums for coverage, out-of-pocket expenses (i.e., deductibles, copays and coinsurance), and certain eligible health care expenses, which are not otherwise reimbursed. The HRA is intended to qualify as a self-insured medical reimbursement plan for purposes of Sections 105 and 106 of the Internal Revenue Code, as amended ("Code"), as well as a health reimbursement arrangement as defined in IRS Notice 2002-45.

# Eligibility for an IBM Subsidy/HRA

### RETIREES ELIGIBLE FOR AN IBM SUBSIDY/HRA
You are eligible for an IBM Subsidy/HRA if you are either:

- A Medicare-eligible retiree (or are receiving benefits under the IBM Medical Disability Income Plan (MDIP) or IBM Long-Term Disability (LTD) Plan*) or

- A Medicare-eligible surviving spouse/dependent and are eligible for subsidized coverage under the Plan.

*LTD participants subsidy is aligned to their LTD Leave status as an IBM employee. Once the LTD Leave status ends, the IBM subsidy ends, even if the participant is still receiving LTD Plan benefits. Eligibility for an IBM subsidy for these individuals after their LTD Leave status ends, if any, will be based on their retiree status



In either case, to be eligible for the IBM subsidy/HRA you must enroll in an IBM-sponsored Group Medicare Advantage Plan option. (To enroll in the Group Medicare Advantage Plan options, you must be enrolled in Medicare Part A and Part B.) If one of the Special Considerations below applies, the requirement to enroll in an IBM-sponsored option does not apply, and you will be eligible for the HRA.

You are a retiree eligible for a subsidy under the Plan if:

- You retired from IBM before July 1, 1999, and, on your last day of employment, you met the following retirement criteria:
    - Completed 30 or more years of IBM service regardless of your age
    - Completed at least 15 years of IBM service and were at least age 55

- As of June 30, 1999, you were within 5 years of meeting any of the following retirement criteria:
    - Completing 30 or more years of IBM service regardless of your age
    - Completing 15 years of IBM service and reaching at least age 55
    - Completing 5 years of IBM service and reaching at least age 62 or
    - Completing at least 1 year of IBM service and reaching at least age 65 and

- You retired from IBM, and, on your last day of employment, you had completed 30 or more years of service regardless of your age, or you had completed at least 15 years of service and reached at least age 55.
- You retired from IBM, and, on your last day of employment, you were withdrawal-eligible under the IBM Future Health Account (FHA) or
- You are receiving benefits under the IBM Medical Disability Income Plan (MDIP), or IBM Long-Term Disability (LTD) Plan and you are an IBM employee in LTD Leave status.

You are a surviving spouse/dependent eligible for a subsidy/HRA under the Plan if:

- You were a surviving spouse/dependent eligible for an IBM subsidy as of December 31, 2013
- You were not a surviving spouse/dependent eligible for an IBM subsidy as of December 31, 2013, but:
    - You are a surviving spouse/dependent of a retiree who retired from IBM meeting the retirement criteria listed above (other than a retiree who is withdrawal-eligible under the IBM FHA or is an individual receiving MDIP or LTD Plan benefits) and the retiree elected survivor coverage
    - You are the surviving spouse/dependent of a retiree who retired from IBM who is withdrawal-eligible under the FHA.

**Important Note: Surviving Spouse IBM Subsidy/HRA**
If you are not eligible for an FHA, and in connection with 2014 enrollment under the Plan, or when you became or become Medicare-eligible, you elected or elect Surviving Spouse coverage, your surviving spouse will be eligible to enroll in one of the options available under the Plan. If they do, they will receive the IBM subsidy/HRA based on the option selected. The election or waiver of Surviving Spouse benefits is irrevocable, even if your spouse dies before you do. Your Surviving Spouse must be enrolled in eligible coverage to be eligible for the IBM subsidy/HRA.

Note: If you did not (or do not in the future) elect Surviving Spouse coverage, your eligible surviving spouse will be eligible to enroll by paying the full premium cost/no IBM subsidy similar to an Access Only participant.

### Special Considerations

For those who would be eligible for an IBM subsidy/HRA if they enrolled in one of the IBM-sponsored options, the requirement to enroll an IBM-sponsored option in order to be eligible for your IBM subsidy/HRA does not apply if, and you will be eligible for an HRA, if:

- Your coverage under the Plan ends because you're Medicare-eligible (either on December 31, 2013, or the later date that you become Medicare-eligible) and at that time you're enrolled in a Kaiser Permanente plan option under the IBM medical plan for active employees, but this Plan, you then enroll in individual Kaiser medical or prescription drug insurance coverage and you maintain this coverage
- You are a Medicare-eligible retiree living outside of the United States or in a United States Territory
- You are a U.S. Veteran as well as a Medicare-eligible retiree who is enrolled in health coverage through TRICARE for Life or eligible to obtain services from the Veterans Administration
- You are on Medicaid.

In these circumstances, you must contact UnitedHealthcare to activate your HRA.

### When You Will Cease Being Eligible for the IBM Subsidy/HRA
You will cease being eligible for the IBM subsidy/HRA on the earlier of:

- The date you are no longer eligible for benefits under the MDIP or lose LTD Leave status as an IBM employee (unless on that date you are otherwise eligible as a retiree)
- The date you are rehired by IBM or any subsidiary of IBM as an active employee (regular or supplemental) and for the duration of your active employment
- The date you cease to be eligible for Medicare (unless your loss of eligibility is due to your living outside of the United States)
- The day after your date of death
- The date you are no longer enrolled in an IBM-sponsored Group Medicare Advantage Plan option (unless special considerations apply)
- The effective date of any amendment terminating your eligibility or
- The date the IBM subsidy/HRA is terminated.

You may not obtain reimbursement of any eligible expenses incurred from your HRA after the date your eligibility ceases. Similarly, you may not obtain reimbursement of any eligible expenses incurred before the effective date of coverage under the IBM-sponsored Group Medicare Advantage Plan. The HRA is administered by Optum, a UnitedHealthcare company.

### DEPENDENT EXPENSES ELIGIBLE FOR REIMBURSEMENT FROM THE HRA
Your dependents' eligible expenses can be reimbursed through your HRA.

An eligible dependent is anyone you claim as a dependent on your federal tax return, including: your spouse (regardless of sex); your domestic partner; your dependent children.

### When Dependent Expenses Will Cease Being Eligible for Reimbursement from the HRA
Your eligible dependents' expenses will cease being eligible for reimbursement under the HRA on the earlier of:

- The date your dependent(s) ceases to be an eligible dependent for any reason
- The date you and your spouse divorce
- The last day of the year of your death, if you have not elected to provide survivor coverage, as described in the "Using Your HRA" section in this document
- The effective date of any amendment terminating your dependent(s) eligibility under the HRA
- The date the HRA is terminated
- The date you are no longer eligible for the HRA
- The date HRA funds are exhausted.

You may submit an eligible expense for reimbursement if it meets the following criteria:

- The expense incurred was for services or supplies received by you or your eligible dependents under the plan on or after its effective date
- The expense has not been reimbursed in any other way from any other source and will not be submitted for future reimbursement

- The expense does not include any amounts that are otherwise payable by plans for which you or your dependents are eligible
- The expense has not been previously tax-advantaged through another source (for example, if you received a premium subsidy for coverage obtained from a public exchange under the Affordable Care Act, the subsidy is not eligible for reimbursement under the HRA).

You are responsible for submitting claims in compliance with these criteria. Claim decisions will be made in accordance with the provisions of the plan. Health care reimbursements are not eligible deductions or credits on your individual tax return.

Your dependent(s) may not obtain reimbursement of any eligible medical expenses incurred after the date their eligibility ceases. Similarly, you may not obtain reimbursement of any eligible expenses incurred before the effective date of coverage.

## CONTINUATION OF COVERAGE FROM THE HRA

The HRA is subject to the Consolidated Omnibus Budget Reconciliation Act (COBRA). Eligible participants who experience a COBRA qualifying event will be offered the opportunity to continue their HRA as a COBRA participant at the full COBRA rate. In most cases, the rate will be based on the date of the qualifying event. Qualifying events include for example, the death of a retiree who elected no survivor coverage; a qualifying event will be considered to have occurred when the eligible surviving dependent no longer has access to the deceased retiree's HRA.

## RETIREES NOT ELIGIBLE FOR THE IBM SUBSIDY/HRA

You are not eligible to receive an IBM subsidy/HRA if any of the following applies:

- You terminated employment with IBM eligible for Access-Only coverage
- You terminated employment with IBM eligible for the Special Retiree Medical Option (SRMO)
- You do not enroll in an IBM-sponsored Group Medicare Advantage Plan option (unless the Special Considerations described above apply)

You are not eligible to participate in the Plan unless you are classified by IBM as a former employee or an employee on the Medical Disability Income Plan (MDIP) or the IBM Long-Term Disability (LTD) Plan who is in LTD status as an IBM employee, who meets the eligibility requirements, even if you are later determined by a court or governmental agency to be or to have been a former common law employee of IBM.

## Understanding the IBM Subsidy/HRA

Each year, IBM contributes to (or subsidizes) the cost of benefits and administrative expenses under the IBM retiree medical plan. There are two types of Medicare-eligible retirees eligible for an IBM subsidy.

- If you receive your IBM subsidy annually (Annual HRA), IBM's subsidy will either be a premium subsidy or HRA credit, depending on which Group Medicare Advantage Plan option you enroll in
- If you have a Future Health Account (FHA) that accumulated during your IBM service, and your FHA was converted to an HRA, you will be able to access your entire balance to pay for eligible Section 213(d) expenses and your balance will earn monthly interest.