Exhibit 4 (2 pages)
email re new SPD rev Jan 2023

 Gmail

George Adomavicius <gadomavic@gmail.com>

**About Your Benefits – Post-Employment (Summary Plan Description)**
1 message

IBM Benefits Center - Provided by Fidelity <Fidelity.Investments@mail.fidelity.com>   Thu, Jul 27, 2023 at 10:14 AM
Reply-To: Fidelity Investments Unmonitored <reply-fe9217737161017d7c-10_HTML-81374378-1058861-2019@mail.fidelity.com>
To: gadomavic@gmail.com

View in your browser

**IBM Benefits**                                                                                    **U.S. BENEFITS**

    **About Your Benefits – Post-Employment (Summary Plan Description)**

Dear JURGIS:

IBM has updated the About Your Benefits - Post-Employment (Summary Plan Description) effective January 1, 2023. This is the Summary Plan Description for IBM benefit plans for which you are eligible. IBM periodically updates and provides this booklet as required. We encourage you to carefully review the *About Your Benefits – Post-Employment SPD* booklet to become familiar with its provisions.

In addition to the link above, the current About Your Benefits - Post-Employment (Summary Plan Description) can be viewed on the NetBenefits® Reference Library or by downloading the free NetBenefits® app to access your account on your mobile device.

You can request a free paper copy of the Summary Plan Description by calling the IBM Benefits Center — Provided by Fidelity.

There is no further action for you to take at this time.

If you have questions, call the IBM Benefits Center — Provided by Fidelity at 866-937-0720 (TTY 711). Representatives are available Monday through Friday (excluding New York Stock Exchange holidays except Good Friday) from 8:30 a.m. to 8:30 p.m. Eastern time.

*This email is for notification purposes only. Please do not respond to this email address.*

Fidelity Investments Institutional Operations Company, LLC
245 Summer Street, Boston, MA 02210

3.IM-H-626E.100

EMAIL REF#12787123897.3345509

Case 5:23-cv-00656-D-KS   Document 1-4   Filed 11/16/23   Page 2 of 2