# EEOC charge 433-2023-03546 IBM age discrimination

