Exhibit 8 (1 page)
2nd letter (appeal)

2nd letter
(appeal)

500 Mountain Sunset Lane
Cary NC 27519
July 12, 2023

IBM Plan Administrator c/o
IBM Benefits Center provided by Fidelity
PO Box 770003
Cincinatti, Ohio
45277-0064

Re: exception request to access HRA funds (see Exhibit 1 – "Dormant" account) appeal to you response letter of June 1, 2023 Work Item # W309369-25APR23

Dear Sir:

Please find 2 attachments: your response to my request (dated 6/1/2023) and my original request (

I am appealing your response to my request.

The specific point of my appeal is contained in your response letter:

In the response letter, this section is quoted from AYB About Your Benefits "you must enroll in individual medical **OR** prescription drug insurance coverage through the Via Benefits Medicare Marketplace."
This was the requirement stated to me by ViaBenefits, and I did purchase for my wife and myself prescription drug coverage through Wellcare, from the ViaBenefits Marketplace and had access to my HRA funds during the administration by ViaBenefits.
United Healthcare **is not offering a prescription drug coverage (only) plan**. Hence you ARE NOT fulfilling the benefit as outlined when you switched to Optum/UHC from ViaBenefits as the administrator.

I can see two acceptable outcomes:

Option 1 – you grant me the exception request I originally made. I see this as the easiest one
Option 2 – you ensure UHC has a prescription drug only plan to offer so you can properly fulfil the stated employee/retiree benefit as outlined in AYB.

Could you please grant such my appeal.

Sincerely yours

Jurgis (George) Adomavicius
gadomavic@gmail.com
919-201-0475