

*Exh.10+16 C.pgs Petition*

# Demand that IBM return the CHOICE to Select Our Own Healthcare Insurance Company

tarted    October 13, 2022

## Why this petition matters

Started by **Steve Bergeron**

Updated February 19, 2023

On September 14, 2022, IBM announced that many US Retirees would be required to select one of two UHC Medicare Advantage Programs. If the retiree and their families did not select one of these plans, access to their Health Reimbursement Arrangements (HRA's) would be frozen until they changed their minds.

Please share this with any employment law firm in your state that you believe would find this change worthy of challenging in the courts.

IBM retirees hurt the most are aging, have serious health conditions, even in some cases are receiving LTD benefits.

Thanks for signing this petition.

**3,520**     5,0
Signatures     Next (

✊ Support now

## Sign this petition

**First name**

**Last name**

**Email**

Cary, 27519
United States

☑ Display my name and comment on this petit