FILED

NOV 16 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western DIVISION
No. 5:23-CV-00656-D

| | |
|---|---|
| ~~Adomavicius, Jurgis A.~~ ) <br> ) <br> _____ ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> International Business Machines Corp ) <br> ) <br> _____ ) <br> Defendant(s). ) | **NOTICE OF SELF-REPRESENTATION** |

I, Jurgis Adomavicius, a Plaintiff/Defendant in the above-captioned matter, hereby enter my appearance as a self-represented party.

Pursuant to Local Civil Rule 5.1(f)(2), I understand that where the clerk scans and electronically files documents into the court's Case Management/Electronic Case Filing ("CM/ECF") system on my behalf, the filing generates a Notice of Electronic Filing ("NEF") that is served on registered users of CM/ECF in the case. The NEF constitutes service on registered users in the case pursuant to Fed. R. Civ. P. 5(b)(2)(E).

I understand that pursuant to Fed. R. Civ. P. 5(d), I must still serve any non-registered users of CM/ECF in the case with a copy of every paper that I file and file a certificate of service.

I agree that all court papers may be mailed to me by first-class mail at the mailing address I provide on this form. I also agree that if I have completed and submitted a Pro Se Consent & Registration Form to Receive Documents Electronically that all court papers may be emailed to me at the email address I provide on this form.

I have previously submitted a Pro Se Consent & Registration Form to Receive Documents Electronically:
    Yes ☐ No ☐  If Yes, name under which the form was submitted: _____.

I understand that I am responsible for notifying the court of any change in my contact information and if I obtain representation by an attorney in the future. My contact information is listed on the following page:

My Mailing Address is:

500 Mountain Sunset Lane

| Cary | NC | 27519 |
|---|---|---|
| Town/City | State | Zip Code |

919-201-0475

Telephone Number (daytime)

gadomavic@gmail.com

Email address

Date: 11/16/2023

My Street Address (if different from mailing address) is:

| cary | NC | 27519 |
|---|---|---|
| Town/City | State | Zip Code |

9192010475

Telephone Number (evening)

_Jurgis Adomaicus_
Signature