# Product Tracking & Reporting

Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | Customer Information

November 28, 2023

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1428 1105 14

This item was delivered on 11/18/2023 at 12:53:00

< Return to Tracking Number View



| Signature | T Davis<br>T Davis |
|---|---|
| Address | 160 mine lake ct |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    [Submit]

Product Tracking & Reporting, All Rights Reserved
Version. 24.1.1.P11-07-ef8eec34

Case 5:23-cv-00656-D-KS   Document 5-1   Filed 11/28/23   Page 1 of 3



**UNITED STATES POSTAL SERVICE.**

MORRISVILLE
10520 CHAPEL HILL RD
MORRISVILLE, NC 27560-9998
(800)275-8777

11/16/2023                              01:58 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $3.99 |

Large Envelope
   Raleigh, NC 27615
   Weight: 0 lb 11.90 oz
   Estimated Delivery Date
     Mon 11/20/2023
Certified Mail®                         $4.35
   Tracking #:
    9589 0710 5270 1428 1105 14
Return Receipt                          $3.55
   Tracking #:
    9590 9402 8527 3186 3412 22
Total                                   $11.89

---

Grand Total:                            $11.89

Debit Card Remit                        $11.89
   Card Name: VISA
   Account #: XXXXXXXXXXXX1304
   Approval #: 035821
   Transaction #: 772
   Receipt #: 053675
   Debit Card Purchase: $11.89
   AID: A0000000980840   Contactless
   AL: US DEBIT

---

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

---

UFN: 365240-0537
Receipt #: 840-52700634-1-65795347-2
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Raleigh, NC 26615    OFFICIAL USE

| Certified Mail Fee | $4.35 | | 0537 05 |
|---|---|---|---|
| $ | $3.55 | | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00      Postmark
☐ Certified Mail Restricted Delivery  $ $0.00       Here
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $3.99

Total Postage and Fees                 11/16/2023
$ 11.89

Sent To  IBM
Street and Apt. No., or PO Box No.  160 MINE LAKE COURT
City, State, ZIP+4®  RALEIGH NC 26615

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking: 9589 0710 5270 1428 1105 14

# UNITED STATES DISTRICT COURT
for the
Eastern District
Western Division

| | |
|---|---|
| Adomavicius, Jurgis A. <br><br> *Plaintiff(s)* <br> v. <br> International Business Machines Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:23-CV-00656-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* International Business Machines Corporation
160 Mine Lake Court Suite 200
Raleigh NC 27615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Adomavicius, Jurgis
500 Mountain Sunset Lane
Cary, NC
27519

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
CLERK OF COURT

Date: 11-16-2023

Melissa Baker
*Signature of Clerk or Deputy Clerk*