IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:23-cv-00656-D

| | |
|---|---|
| JURGIS ADOMAVICIUS,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    Defendant. | **NOTICE OF APPEARANCE OF<br>JASON V. FEDERMACK ON BEHALF<br>OF DEFENDANT** |

The undersigned counsel, Jason V. Federmack of the law firm of Jackson Lewis P.C., hereby provides notice to this Court and all parties and their counsel that he shall appear as counsel of record in this matter on behalf of Defendant International Business Machines Corporation ("Defendants").

Please direct all future pleadings, calendars, notices and other documents regarding this matter to Jason V. Federmack through the Court's CM/ECF electronic service system or by first-class mail or other means of service allowed by law.

Respectfully submitted, this the 11th day of December, 2023.

                                              **JACKSON LEWIS P.C.**

BY:    */s/ Jason V. Federmack*
           JASON V. FEDERMACK
           N.C. State Bar No. 46014
           3737 Glenwood Avenue, Suite 450
           Raleigh, NC 27612
           Telephone: (919) 760-6460
           Facsimile: (919) 760-6461
           Email: jason.federmack@jacksonlewis.com
           *Attorney for Defendant IBM*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:23-cv-00656-D

| | |
|---|---|
| JURGIS ADOMAVICIUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **CERTIFICATE OF SERVICE** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Defendant. | ) ) |

The undersigned certifies that on December 11, 2023, a copy of the *Notice of Appearance of Jason V. Federmack on Behalf of Defendant* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, and served this day on *Pro Se* Plaintiff via email as follows:

Jurgis Adomavicius
gadomavic@gmail.com

This the 11th day of December, 2023.

**JACKSON LEWIS P.C.**

BY: /s/ *Jason V. Federmack*
JASON V. FEDERMACK
N.C. State Bar No. 46014
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: jason.federmack@jacksonlewis.com
*Attorney for Defendant IBM*

4894-5423-1958, v. 1