IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:23-cv-00656-D

| | |
|---|---|
| JURGIS ADOMAVICIUS,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | **ORDER GRANTING DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION FOR EXTENSION OF TIME TO MOVE, SERVE AN ANSWER OR OTHERWISE PLEAD** |

THIS MATTER having come before the Clerk of the Court on Defendant's Motion for an Order extending the time allowed to move, serve an Answer, or otherwise plead to Plaintiff's Complaint, up to and including January 10, 2024, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 6.1(a), 7.1(e), and 77.2; and

It appearing to this Court that the time allowed for Defendant to move, serve an Answer, or otherwise plead has not expired; that Defendant has attempted to consult with Plaintiff but is not yet aware of Plaintiff's views on the requested extension; that good cause exists for the granting of this motion; and that said motion should be allowed;

**IT IS NOW THEREFORE ORDERED** that Defendant's Motion for Extension of Time to Move, Serve Answer or Otherwise Plead shall be and the same is hereby GRANTED; and Defendants shall have up to and including January 10, 2024, to move, serve an Answer, or otherwise plead to Plaintiff's Complaint.

**IT IS SO ORDERED.**

This the _____ day of December, 2023.

CLERK OF THE COURT
UNITED STATES DISTRICT COURT

4870-6990-1206, v. 1