**ON-PREM**

*[Handwritten: 5:23-CV-00656-D  15 pages*
*See Comments: p.11 Anonymous Coward  p.15 Old Lady 777]*

# Ex-IBM sales veteran sues for access to health benefits

*[Handwritten: Additional Exhibit to Complaint*
*Jurgis Adomavicius  Jurgis Adomavicius  12/8/2023]*

## Complaint alleges age discrimination harms certain retirees

*[Stamp: RECEIVED DEC 12 2023  PETER A. MOORE, JR., CLERK  US DISTRICT COURT, EDNC]*

Thomas Claburn　　　　　　　　　　　　　　　　　　　　　　　Sun 19 Nov 2023 // 15:56 UTC

A former IBM enterprise salesperson has sued the mainframe titan claiming its recent healthcare benefit changes represents age discrimination.

On Thursday, George Adomavicius, who worked for IBM for 42 years before retiring in October 2020, filed a pro se lawsuit – meaning he's representing himself in court – against the IT goliath. Adomavicius told *The Register* the reason he chose to sue on his own was, "To correct a wrong."

The alleged wrong, in this instance, is the employee benefits transition that IBM announced last September. The corporation sold off pension obligations to Prudential and MetLife, adjusted its 401(k) plan, and shifted medical coverage for Medicare-eligible IBM retirees to a new IBM-sponsored Medicare Advantage program run by UnitedHealthcare, as of January 1 this year.

UnitedHealthcare, coincidentally, was just sued for using an allegedly faulty AI algorithm that limited post-acute care among elderly Medicare Advantage patients.

As *The Register* previously reported, IBM's health benefits transition angered some retirees because the American giant withheld Health Reimbursement Arrangement/Account (HRA) subsidies – credited to retirees during their time at the company – from anyone who refused to select one of the two new Medicare Advantage plans and preferred to retain their prior policy.

One of those individuals, Steve Bergeron, another former IBM employee, started a petition to convince Big Blue to let retirees choose their healthcare plans without forcing the issue by denying HRA funds. He managed to collect more than 3,500 signatures though ultimately gave up.

"We struggled to find an attorney who found any grounds to sue IBM," Bergeron told *The Register* in a phone interview. The problem, he said, was that IBM's benefits documentation

didn't actually appear to promise anything.

Medicare is a government-run healthcare program in the US for people of age 65 and older, with some exceptions. Medicare Advantage is a privately-run version of Medicare, reimbursed by the government.

In 2020, according to the Congressional Research Service, Medicare was estimated to cover about 63 million persons – 54 million older members and nine million disabled. About half of those are said to be in Medicare Advantage plans.

According to an April 2022 report [PDF] from the Inspector General of the US Department of Health and Human Services, private Medicare Advantage programs deny 13 percent of service authorization requests that would have been approved by the government-run Medicare.

In other words, those on Medicare Advantage are likely to have to pay more of their healthcare expenses from their own pocket. Adomavicius makes this argument in his complaint:

"IBM's [Summary Plan Description] causes specific identifiable select groups of Medicare-age retirees to suffer financial loss (access to HRA and higher overall healthcare costs), emotional and mental stress, and undue duress."

And he notes that IBM stands to benefit financially from withheld HRA subsidies when retirees who refused one of the new Medicare Advantage plans pass away.

Adomavicius said he tried to resolve the situation with IBM but after six months of waiting received a letter that said the company's healthcare terms were final, but mentioned that he could still sue to challenge the decision.

### Time to take it care of personally

Hiring a lawyer wasn't an option, he explained, because it would have cost about $20,000 to hire one, which is more than the amount of benefits at issue. But after filing a complaint with the Equal Employment Opportunity Commission (EEOC) and receiving a letter acknowledging his right to sue, he decided to represent himself, at the cost of about $400, despite the long odds and challenge of pro se litigation.

"I'm retired and I do have the time and I can't afford, you know, to retain a lawyer to do it," he said.

"I just want a cooperative judge who says, 'you know, I think he did get kind of treated

Case 5:23-cv-00656-D-KS   Document 10   Filed 12/12/23   Page 2 of 15

unfairly.' Is the discrimination charge stretching it? I don't think so, because the criteria for what I understand to be discrimination are: you can identify a unique group, you can identify the intention, and you can identify that there's a negative result of that intention."

Specifically he argues that IBM's own literature divides retirees up into different segments in a way that discriminates on the basis of age.

"All they have to do is wait out until I die and they save that money," he said. "My $20,000 [in benefits] is a drop in the bucket. But if there's 3,000 like me, all of a sudden you're in the tens of millions of dollars. That is what drives IBM. What's the motive? Money. Very simple. It's just money."

> **All they have to do is wait out until I die and they save that money ... What's the motive? Money. Very simple. It's just money**

Bill Kadereit, president of the National Retiree Legislative Network, told *The Register* that his organization has been involved in a similar health benefits transition with the Tennessee Valley Authority. After trying to convince the State of Tennessee and the Centers for Medicare and Medicaid Services (CMS), which administers Medicare, to intervene, he said the plan is to seek a statutory remedy or pursuing a class action lawsuit.

Kadereit said Medicare and Medicare Advantage plans typically pay only a portion of healthcare costs, about 80 percent. As a result, many people have private supplemental

policies like Medigap, employer-sponsored retiree plans, or Medicaid to make up the difference.

But with Medicare Advantage, "once you're in a Medicare Advantage plan for more than 12 months, you cannot then buy a Medigap plan unless you meet insurance requirements," he claimed. So if you have a preexisting condition, they can deny you coverage and the retiree then has to pay that 20 percent.

Kadereit argues this state of affairs is being allowed to happen by Congress to avoid tough decisions about how to deal with spiraling healthcare costs. And business accounts departments like it because there's profit to be made.

"What Congress was trying to do is privatize Medicare. And the way they do that is to subsidize the insurance companies to put them in a market advantage, thus cannibalizing their own plan Medicare," he opined.

"And now Medicare Advantage plans have a 54 percent market share and their incurred cost per enrollee is nine percent higher than the old fee for service costs. So what Congress is doing is avoiding having to talk about taxes because it affects electability."

IBM did not respond to a request for comment. ®

SIGN IN / UP

**User topics**    **Article topics**

Search forums

Log in    Sign up

# ‹ Ex-IBM sales veteran sues for access to health benefits

A former IBM enterprise salesperson has sued the mainframe titan claiming its recent healthcare benefit changes represents age discrimination. On Thursday, George Adomavicius, who worked for IBM for 42 years before retiring in October 2020, filed a pro se lawsuit – meaning he's representing himself in court – against the IT ...

# COMMENTS

Post your comment | **House rules | Send corrections**

★ **Add to 'My topics'**

---

**Anonymous Coward**                                                23 days

**Report abuse**

### Ah, America


The land of the free (so long as you can pay) and interests so vested they go way beyond mere vests and should be called cardigans.


Case 5:23-cv-00656-D-KS   Document 10   Filed 12/12/23   Page 5 of 15

27   1

Reply

**Lurko**  23 days

Report abuse

### ↱ Re: Ah, America

The tragedy is that US healthcare spending per capita is the highest in the world by a considerable measure. For less money (roughly half!) they could have healthcare like Germany or Sweden, but instead they stick with their inequitable insurance funding system, and expensive privately provided care.

32   1

Reply

**Yet Another Anonymous coward**   22 days

Report abuse

### ↱ Re: Ah, America

Tragedy?

Do you know how little the CEOs of healthcare companies in Germany make? Think of the knock-on effects to the economy of them only being able to afford one Porsche

16   0

Reply

**Inventor of the Marmite Laser**  21 days

Report abuse

### ↱ Re: Ah, America

Yes, Americans not only have to pay for healthcare. They must also pay to line the pockets of shareholders in healthcare provider companies.

1   0

Reply

**Boris the Cockroach**   22 days

Report abuse

## Oh look

US healthcare is shite.

(we knew that)

However, I thought healthcare (and retirement plans) came under the banner of 'deferred benefit' which means the money paid into the healthcare plan while he was an employee should cover him in retirement.

Oh and for the UK readers thinking about private health care plans over here..... make sure you read the small print "Pre-existing conditions not covered"

20    1                                                                                                         Reply

**Doctor Syntax**                                                                                               22 days

Report abuse

### ↱ Re: Oh look

And it will be surprising how pre-existing your condition may turn out to be.

16    0                                                                                                         Reply

**Anonymous Coward**                                                                                            22 days

Report abuse



### ↱ Re: Oh look

...like breathing?

4    0                                                                                                          Reply

**vtcodger**                                                                                                    22 days

Report abuse

### ↱ Re: Oh look

**..like breathing?**

Exactly. If you insist on continuing such practices, you really can't expect your healthcare provider to pay for the consequences of your actions.

(I'm not sure whether our US healthcare system more closely resembles something by Orwell or something by Kafka. I'm sure that both would find it vastly entertaining. If you live in America, it is an excellent idea not to get sick.)

5    0                                                                                                          Reply

**Anonymous Coward**                                                                                            22 days

Report abuse

Case 5:23-cv-00656-D-KS   Document 10   Filed 12/12/23   Page 7 of 15

### ↪ Re: Oh look



Indeed. If you've ever been to the GP with a symptom of a condition - but were not diagnosed with it - insurers have been known to claim it as a pre-existing condition.

5   0

Reply

**Anonymous Coward**

22 days

Report abuse

### ↪ Re: Oh look



My insurance issue is with critical illness and accident insurance, not medical insurance, but it's still run by the same insurance companies

I've suffered from tinnitus since I was about 8, after contracting German measles as a child. It's a constant singing in both ears at a fixed frequency, but does not seriously affect the rest of my hearing (the frequency I hear can mask quiet real sounds at that frequency, but as it's something like D#7 or possibly an octave higher, which is quite high) It's not a day to day issue except when listening to quiet music (but is useful as an inbuilt tuning fork when tuning musical instruments!).

Some time ago, I took out this critical illness insurance, and during the discovery interview mentioned that I had this tinnitus (which is not that unusual at my age, I'm sure), and after being asked whether I had taken any medical advice (which I hadn't, because I'd had this for over 40 years at the time and it is quite normal for me), I got a quote which excluded all ear and deafness claims, together with riders on all of the potential accident situations in which hearing could be a factor.

I've since done hearing tests which show my hearing is actually quite good for my age barring this condition. I would change the insurance, but I have developed another chronic condition now (which I haven't claimed anything for - it was almost certainly caused by the Covid vaccine so claiming is problematic) and have been advised that I would get a much worse deal now if I changed because of it.

It's ridiculous what the insurance companies want to exclude, but of course, they are trying to maximise what they charge and not lose business, while minimising what they are have to pay out.

8   0

Reply

**Anonymous Coward** 22 days

Report abuse

### Half-cocked

Ask your doctor whether they would get on a Medicare Advantage plan. They'll say no, even if very quietly. They've seen it in operation.

That enrollment is at 54% shows the power of lying in advertising multiplied by the gullibility of Americans. As also seen in the 2016 election.

9  0 Reply

**An_Old_Dog** 22 days

Report abuse



### Good Luck!

I hope that even if he doesn't win his suit, it'll create so much bad PR for IBM that their stock price will be affected so severely it would have been cheaper for them to not screw over those multiple employees in the way they did.

8  0 Reply

**Anonymous Coward** 22 days

Report abuse

### ↱ Re: Good Luck!



Bad publicity on age discrimination by IBM is more than likely to push the stock price up.

2   0                                                                                     Reply

**The Dogs Meevonks**                                                 22 days

Report abuse

### The answer is very simple

All capitalist companies care about is money... So the answer is simple. You make the punishment for breaking laws/regs such as making employee benefits unreasonable, or selling consumer products that aren't fit for purpose.. so astronomically high that it is no longer in a corporations interests to violate them.

Make the default punishment, 10x the saving. You deny 3000 people, 10,000 in their benefit... that's not 30 million they have to pay out... it's 300 million.

Hitting them in the bottom line is the only thing they will understand and it's the only way they will ever make changes and stop these devious anti employer and anti consumer practices.

6   0                                                                                     Reply

**vtcodger**                                                                              22 days

Report abuse

### ↱ Re: The answer is very simple

**All capitalist companies care about is money...**

Nonsense. They care about all sorts of important stuff like the design of the corporate logo, and executive perks and who who gets the parking spaces next to the door.

4   0                                                                                     Reply

**Lurko**                                                                                 22 days

Report abuse

### ↱ Re: The answer is very simple - except it isn't

The UK does allow for the concept of punitive damages, but they're rarely applied. In most of Europe they're not permitted.

In the US punitive damages are quite often awarded, and can be up to four times the underlying harm element of damages. But clearly they don't deter corporations, and there's plenty of evidence that increasing the scale of penalties doesn't make much difference to the likelihood of a breach of law occurring. So I can't see that your proposal would work. I'd offer up the example of US financial services, who are regularly and routinely fined eye-watering sums, but year after year after year they keep doing things wrong. Have a look at the linked

site, and you'll see that bad behaviour continues after after a staggering $380 billion of penalties - and that doesn't include UK or European penalties.

https://violationtracker.goodjobsfirst.org/?major_industry_sum=financial+services&order=agency_code&sort=

2　1　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reply

**The Dogs Meevonks**　　　　　　　　　　　　　　　　　　　　22 days

Report abuse

### ↪ Re: The answer is very simple - except it isn't

Then I'd argue that the punishment doesn't exceed the benefit... in savings or profits. They'll only change from greed over people when forced to... Maybe making the directors/board/shareholders culpable with criminal charges and mandatory minimum sentences.

I'm not an expert obviously... but it's the only way to force them to stop... wallet or liberty... preferably both. :)

0　0　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reply

**Anonymous Coward**　　　　　　　　　　　　　　　　　　　　22 days

Report abuse

IBM is holding my HRA funds hostage. I hope he wins. What IBM is doing is criminal. Shame on them and all that allow it.



4　0　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reply

**smilerbaker** 21 days

Report abuse

what I don't understand is

a) why healthcare in the usa is so expensive, we just paid 12k euro for an operation here in europe, private hospital, ICU for a week etc, just for kicks we looked up how much the exact same op would cost in the USA, 200k+!!!

b) why do americans see healthcare as some kind of status symbol

c) why the hell americans put up with this??????!!!!!

0  0

Reply

**Anonymous Coward** 19 days

Report abuse

## GoFundMe

I am a little surprised that IBMers do not set up a GoFundMe or similar account, to pay for enough to go get a lawyer or two for this sort of thing. The number of parties negatively impacted would mean each would not have to contribute much, probably there is a way to do it as a non-profit and make it tax deductible, plus most would recognize that IBM would not be prone to these sort of plays if it meant a lot of court fights.

0  0

Reply

**OldLady777**   6 days

**Report abuse**

## I pray for a CLASS ACTION suit

IBM nearly caused me to lose the coverage I had on my husband's HRA. There were so few details given to us about what they were doing. I originally had I think $36,.000 in my FHA that they converted to an HRA that was managed by Via Benefits. I knew that once you used it it was gone, so I budgeted accordingly and I had around 7 years left when they surprised me with the request to sign up for one of IBM's Medicare Advantage plans or you will lose your subsidy. First they lay

**IBM takes a crack at 'utility scale' quantum processing with Heron processor**

Big Blue's roadmap prioritizes circuit size over qubit quantity

SYSTEMS   7 days | 6 💬

**IBM's vintage Db2 database jumps on AWS's cloud bandwagon**

UPDATED Users on the mainframe will have to wait for their system to become available in the cloud service, although

DATABASES   13 days | 7 💬

have Parkinson's disease and I don't know that I could get back on that without underwriting and I

**SIGN IN / UP**

User topics

Article topics

Search forums

Log in | Sign up

# Posts by OldLady777

1 publicly visible post • joined 6 Dec 2023

# Ex-IBM sales veteran sues for access to health benefits

**OldLady777**  6 days

Report abuse

## I pray for a CLASS ACTION suit

IBM nearly caused me to lose the coverage I had on my husband's HRA. There were so few details given to us about what they were doing. I originally had I think $36,.000 in my FHA that they converted to an HRA that was managed by Via Benefits. I knew that once you used it it was gone, so I budgeted accordingly and I had around 7 years left when they surprised me with the request tot sign up for one of IBM's Medicare Advantage plans or you will lose your subsidy. First they lay you off (forced retirement basically) then after they give you this HRA they come back after 6 years and take what's left of it and put it in an account I cannot touch unless I play along with their plan. I wasn't ready to lose 18,000 dollars so I signed up. Luckily I called VIA to check on a few things and found out that if I took the IBM Advantage plan I would lose my coverage on my husbands HRA which was for life. Not a certain amount. I called UHC and IBM to verify and canceled the Advantage coverage just in the nick of time. I have Medicare and a plan F supplement, Also, I have Parkinson's disease and I don't know that I could get back on that without underwriting and I don't know if that would have been required here in North Carolina. They put what was left of my FHA/HRA into an account through OPTUM Bank and I just checked it and they are putting interest in every month. So if I change my mind (NOT) I can access that. But I suppose it will sit there for IBM and when I die it will go them instead of my husband.

0   0

**The Register    Biting the hand that feeds IT**

**About Us**

**Our Websites**

**Your Privacy**

Copyright. All rights reserved © 1998–2023

Case 5:23-cv-00656-D-KS   Document 10   Filed 12/12/23   Page 15 of 15