IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-656-D

| | | |
|---|---|---|
| JURGIS ADOMAVICIUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| INTERNATIONAL BUSINESS | ) | |
| MACHINES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in defendant's memorandum of law in support of its motion to dismiss [D.E. 13], and in defendant's reply [D.E. 16], the court GRANTS defendant's motion to dismiss [D.E. 12]. See Fed. R. Civ. P. 12(b)(6). In light of the record, plaintiff's allegations in his pro se complaint, plaintiff's response in opposition, and the governing standard, the court DISMISSES WITH PREJUDICE plaintiff's complaint.

SO ORDERED. This _15_ day of March, 2024.

JAMES C. DEVER III
United States District Judge