UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JURGIS ADOMAVICIUS, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:23-CV-656-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 12] and DISMISSES WITH PREJUDICE plaintiff's complaint.

**This Judgment Filed and Entered on March 15, 2024, and Copies To:**

Jurgis Adomavicius           (via CM/ECF electronic notification)

Jason Vincent Federmack      (via CM/ECF electronic notification)

DATE: March 15, 2024            PETER A. MOORE, JR., CLERK

                                (By) /s/ Stephanie Mann
                                Deputy Clerk